FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DELIA C.,[1]<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,[2]<br>　　　　　Defendant. | No. 1:25-cv-03014-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>ECF No. 16 |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 16, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. §

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano, Commissioner of Social Security, is substituted as the named Defendant.

ORDER - 1

405(g).  Attorney Thomas Bothwell represents Plaintiff.  Attorney Jamala Edwards represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions.  On remand, the Appeals Council shall instruct the ALJ to:

- Reevaluate the objective evidence of record;
- Obtain supplemental evidence from a vocational expert; and
- Issue a new decision.

*See* ECF No. 16 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Opening Brief, **ECF No. 11**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

6. The District Court Executive shall update the docket sheet to reflect the substitution of Frank Bisignano as Defendant.

ORDER - 2

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 15, 2025.

<u>s/Robert H. Whaley</u>
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 3