AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. MCAVOY, CLERK

DELIA C., )
   *Plaintiff* )
v. ) Civil Action No. 1:25-cv-03014-RHW
)
FRANK BISIGNANO, )
COMMISSIONER OF SOCIAL SECURITY, )
   *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's Opening Brief, ECF No. 11, is stricken as moot.
The parties' Stipulated Motion for Remand, ECF No. 16, is granted.
This case is reversed and remanded to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Pursuant to the Order filed at ECF No. 17, Judgment is entered in favor of plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Robert H. Whaley .

Date: 10/15/2025

*CLERK OF COURT*

                          s/Sean F. McAvoy
                          *Signature of Clerk*